UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ATLANTIC CITY ASSOCIATES LLC, et al., : <br> : <br> Plaintiffs, : <br> : <br> : <br> v. : <br> : <br> CARTER & BURGESS CONSULTANTS, INC., et al., : <br> : <br> Defendants. : | Civil Action No. <br> **05-3227 (NLH)** <br> **(Lead Case)** <br> 05-5623, 06-3735 <br> (Consolidated Cases) <br> <br> **ORDER** |

**Appearances:**

JOSEPH A. BATTIPAGLIA
VERONICA J. FINKELSTEIN
DUANE MORRIS LLP
ONE LIBERTY PLACE
PHILA., PA 19103-3185
*Attorneys for Atlantic City Associates LLC*

DENNIS P. HERBERT
POWELL TRACHTMAN
1814 EAST ROUTE 70
SUITE 304
CHERRY HILL, NJ 08003
*Attorney for Carter & Burgess Consultants, Inc.*

GLENN W. REIMANN
SARAH PATRICE O'DONNELL
COZEN O'CONNOR
1900 MARKET STREET
PHILADELPHIA, PA 19103
    *And*
JULIE B. NEGOVAN
COZEN O'CONNOR
457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002
*Attorneys for Keating Building Corporation and Liberty Mutual Insurance Company and Daniel J. Keating Construction Corp.*

```
MARTIN P. SKOLNICK
5021 INDUSTRIAL ROAD
FARMINGDALE, NJ 07729
     And
THOMAS M. MULCAHY
PURCELL, RIES, SHANNON, MULCAHY & O'NEILL
ONE PLUCKEMIN WAY
PO BOX 754
BEDMINSTER, NJ 07921
```
*Attorney for Avon Brothers, Inc. d/b/a Avon Contractors, Inc.*

```
JOHN F. PALLADINO
JENNA M. COOK
HANKIN, SANDMAN & PALLADINO
30 SOUTH NEW YORK AVENUE
ATLANTIC CITY, NJ 08401
```
*Attorney for Thomas Company, Inc.*

```
BRADLEY K. SCLAR
DANA B. OSTROVSKY
PARKER, MCCAY
THREE GREENTREE CENTRE, SUITE 401
ROUTE 73 & GREENTREE ROAD
PO BOX 974
MARLTON, NJ 08053
```
*Attorney for Petrocelli/palmieri Joint Venture*

```
CRAIG L. LEVINSOHN
ARONSOHN WEINER & SALERNO
COUNSELLORS AT LAW
263 MAIN STREET.
HACKENSACK, NJ 07601
```
*Attorney for Johnston Architectural Systems, Inc., d/b/a Delta Fountains, Inc.*

```
JOHN G. RICHARDS, II
DAVIS, BUCCO, & ARDIZZI, ESQS.
10 EAST 6TH AVENUE
SUITE 100
CONSHOHOCKEN, PA 19428
```
*Attorney for Davis-Giovinazzo, Inc.*

```
ANET L. TREIMAN
STEPHANIE WISDO
COHEN SEGLIAS PALLAS GREENHALL & FURMAN
2 WHITE HORSE PIKE
HADDON HEIGHTS, NJ 08035
```
*Attorney for Vincent J. Borrelli, Inc.*

**HILLMAN, District Judge**

For the reasons expressed in this Court's Opinion on this date, **IT IS HEREBY ORDERED** this 14th day of September, 2007, that:

(1) Atlantic City Associates LLC's ("ACA") motion to dismiss Avon Brothers, Inc.'s ("Avon") direct claim against ACA [48] is **DENIED AS MOOT**; and

(2) ACA's motion to dismiss Avon's direct claim against ACA [118] is **GRANTED IN PART AND DISMISSED IN PART**:

   a. ACA's motion to dismiss Avon's claim for unjust enrichment is **GRANTED**;

   b. ACA's motion to dismiss Avon's claim for *quantum meruit* is **DENIED**; the parties are **ORDERED TO NOTIFY** this Court when the Superior Court of New Jersey issues a decision on this issue; and

   c. ACA's motion to dismiss Avon's breach of contract claim is **DENIED**.

                                         s/Noel L. Hillman
                                         NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey