**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| ATLANTIC CITY ASSOCIATES, LLC, | |
| Plaintiff, | Civil Action No. 05-3227-NLH-JS |
| v. | **ORDER** |
| CARTER & BURGESS CONSULTANTS, INC. and KEATING BUILDING CORP., | |
| Defendants. | |

**APPEARANCES:**

Joseph A. Battipaglia, Esquire
Patrick J. Kearney, Esquire
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103
*Attorneys for Plaintiff*

Timothy J. Bloh, Esquire
Jacob S. Perskie, Esquire
Fox Rothschild LLP
1301 Atlantic Avenue
Atlantic City, NJ 08401
*Attorneys for Defendant*

**HILLMAN**, District Judge

    For the reasons expressed in the Court's Opinion entered on this date,

    IT IS on this  31st  day of  March , 2010, hereby

    **ORDERED** that Defendant Carter & Burgess Consultants, Inc.'s Motion for Judgment as a Matter of Law [461] is **DENIED**; and it is further

1

**ORDERED** that Defendant Carter & Burgess Consultants, Inc.'s Motion for Judgment as a Matter of Law Under Rule 50(b) or, in the Alternative, for a New Trial under Rule 59 [479] is **DENIED**.

                                           s/ Noel L. Hillman
                                        HON. NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey